UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

EDWARD MEJIA,
a/k/a JOSE MALDONADO

    v.                                                        C.A. No. 12-508L

FRANK J. CERNERINI, (Judge)
CHRISTIAN JARDIN,
CHRISTOPHER J. CURRIER,
MICHAEL FORD

ORDER

      The Report and Recommendation issued by Magistrate Judge David L. Martin on July 12, 2012 hereby is accepted and adopted. Therefore, the plaintiff's complaint is dismissed and the Clerk will enter judgment for the defendants.

SO ORDERED:

/s/Ronald R. Lagueux
Senior U.S. District Judge
11/9/12

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

EDWARD MEJIA,
a/k/a JOSE MALDONADO

    v.                                                    C.A. No. 12-508L

FRANK J. CERNERINI,  (Judge)
CHRISTIAN JARDIN,
CHRISTOPHER J. CURRIER,
MICHAEL FORD

ORDER

The Report and Recommendation issued by Magistrate Judge David L. Martin on July 12, 2012 hereby is accepted and adopted.  Therefore, the plaintiff's complaint is dismissed and the Clerk will enter judgment for the defendants.

SO ORDERED:

/s/Ronald R. Lagueux
Senior U.S. District Judge
11/9/12